# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 17-07230-RLM-13 |
| Kevin Clay Patterson | Chapter 13 |
| Debtor | Judge Robyn L. Moberly |

### NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned counsel, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number    3-1
Last 4 Digits of Account Number:    1196

**Current Address for Notices:**
Home Point Financial Corporation
4849 Greenville Avenue, Suite 800
Dallas, TX 75206

Phone:
Email:

**NEW Address for Notices (Effective Immediately):**
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Phone:
Email:

**Current Address for Payments:**
Home Point Financial Corporation
PO Box 790309
St. Louis, MO 63179

Phone:
Email:

**NEW Address for Payments (Effective Immediately):**
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Phone:
Email:

Respectfully Submitted,

/s/ D. Anthony Sottile
D. Anthony Sottile (27696-49)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I certify that on January 9, 2020, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Andrew James DeYoung Debtor's Counsel
    bcrowe@tomscottlaw.com

    Ann M. DeLaney, Trustee
    ECFdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on January 9, 2020, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Kevin Clay Patterson, Debtor
    8449 Seattle Slew Lane
    Indianapolis, IN 46217

                                          /s/ D. Anthony Sottile
                                          D. Anthony Sottile (27696-49)
                                          Attorney for Creditor